

**FILED**

JAN 1 9 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:23-CR- 15 |
| | § | Judge Mazzant |
| JESSICA KNUSSMANN | § | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### Count One

> Violation: 21 U.S.C. § 846
> (Conspiracy to Possess with the Intent to Distribute and Dispense and Distributing and Dispensing of Controlled Substances)

From in or about February 2017 until approximately December 2021, in the Eastern District of Texas and elsewhere, the defendant, JESSICA KNUSSMAN, did knowingly and intentionally combine, conspire, and agree with other persons known and unknown to the United States Attorney to unlawfully distribute and dispense a controlled substance, namely Hydrocodone, in violation of 21 U.S.C. § 841.

All in violation of 21 U.S.C. §§ 846 and 841.

Palavacini Information - Page 1

Respectfully Submitted,

BRIT FEATHERSTON
UNITED STATES ATTORNEY

_____

Matthew T. Johnson
Assistant United States Attorney

DATED: ___1/12/23___

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:23-CR- 15 |
| | § | Judge Mazzant |
| JESSICA KNUSSMANN | § | |

## NOTICE OF PENALTY

### Count One

Violation:        21 U.S.C. §§ 846, 841

Penalty:          Not more than 20 years, a fine not to exceed $1 million, or
both; supervised release of at least 3 years;

Special Assessment: $ 100.00