

**FILED**

JAN **1 9** 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

UNITED STATES OF AMERICA           §
                                   §
v.                                 §        NO. 4:23-CR- 15
                                   §        Judge Mazzant
JESSICA KNUSSMANN                   §
                                   §

## NOTICE OF PLEA AGREEMENT

Now Comes the United States of America by and through its United States Attorney and would show the Court that the Defendant, JESSICA KNUSSMANN, and the Government have entered into a plea in relation to the charges now pending before this Court.

Respectfully submitted,

BRIT FEATHERSTON
UNITED STATES ATTORNEY

MATTHEW T. JOHNSON
Assistant United States Attorney
600 East Taylor, Suite 2000
Sherman, Texas 75090
Texas Bar No. 24060033
Telephone: 903/868-9454
Facsimile: 903/892-2792
Matthew.Johnson@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed on this the

_____ day of January 2023, and defense counsel was notified by electronic notification.

MATTHEW T. JOHNSON
Assistant U.S. Attorney