

**FILED**

JAN 1 9 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:23-CR 15 |
| | § | Judge Mazzant |
| JESSICA KNUSSMANN | § | |

## ELEMENTS OF THE OFFENSE

The defendant, JESSICA KNUSSMANN, is charged in Count One of the

Information with a violation of 21 U.S.C. § 846, Conspiracy to Possess with the Intent to

Distribute and Dispense and Distributing and Dispensing of Controlled Substances.   The

essential elements which must be proved beyond a reasonable doubt in order to establish

a violation of these sections are as follows:

## Count One

1.  That you and one or more persons, in some way or manner made an

agreement to commit the crime charged in the Information, that is, to possess with intent

to unlawfully distribute hydrocodone, a Schedule II controlled substance, outside the

scope of professional practice and without a legitimate medical need;

2.  That you knew the unlawful purpose of the agreement;

3.  That you joined in the agreement willfully, that is, with the intent to further

its unlawful purpose; and

4.  That the overall scope of the conspiracy involved an amount of

hydrocodone; and

5.  That you knew or reasonably should have known that the scope of the conspiracy involved an amount of hydrocodone.

Respectfully submitted,

BRIT FEATHERSTON
UNITED STATES ATTORNEY

Matthew T. Johnson
Assistant United States Attorney
600 East Taylor, Suite 2000
Sherman, Texas 75090
Texas Bar No. 24060033
Telephone: 903/868-9454
Facsimile: 903/892-2792
Matthew.Johnson2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via electronic filing to defense counsel on January _____, 2023.

Matthew T. Johnson
Assistant U.S. Attorney